F I L E D
Clerk
District Court

FEB 20 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT of the NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>CHEN, GUANG JING<br><br>        Defendant. | Case No.: CR 08 - 00008<br><br>**INDICTMENT**<br><br>Violations of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 860(a)<br><br>Distribution of a Controlled Substance (Counts 1 - 3)<br><br>Distribution of a Controlled Substance within 1000 feet of a School (Count 4) |

The Grand Jury charges that:

### COUNT 1

(Distribution of a Controlled Substance)

On or about August 15, 2007, on Saipan, in the District of the Northern Mariana Islands, CHEN, Guang Jing, the defendant, knowingly and intentionally distributed approximately 0.9 grams of d-methamphetamine hydrochloride, a Schedule II controlled substance, in the form commonly known as "ice," in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### COUNT 2

(Distribution of a Controlled Substance)

On or about August 17, 2007, on Saipan, in the District of the Northern Mariana Islands, CHEN, Guang Jing, the defendant, knowingly and intentionally distributed approximately 1.9 grams of d-methamphetamine hydrochloride, a Schedule II controlled substance, in the form commonly known as "ice," in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## COUNT 3
(Distribution of a Controlled Substance)

On or about September 14, 2007, on Saipan, in the District of the Northern Mariana Islands, CHEN, Guang Jing, the defendant, knowingly and intentionally distributed approximately 4.5 grams of d-methamphetamine hydrochloride, a Schedule II controlled substance, in the form commonly known as "ice," in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## COUNT 4
(Distribution of a Controlled Substance within 1000 Feet of a School)

On or about February 5, 2008, on Saipan, in the District of the Northern Mariana Islands, CHEN Guang Jing, the defendant, knowingly and intentionally distributed in, on, and within one thousand (1000) feet of the real property comprising a public elementary school, that is, San Antonio Elementary School, a substance containing a detectable amount of d-methamphetamine hydrochloride, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 860(a).

DATED this 20th day of February, 2008        A TRUE BILL

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

_____
BEVERLY R. McCALLUM
Assistant United States Attorney