AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

ORIGINAL

_____ DISTRICT OF ___the Northern Mariana Islands___

UNITED STATES OF AMERICA,

    Plaintiff,

V.

CHEN, GUANG JING,

    Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: **CR 08 - 00008**

To: The United States Marshal
and any Authorized United States Officer

FILED
Clerk
District Court

YOU ARE HEREBY COMMANDED to arrest ___CHEN, GUANG JING___
                                          Name

FEB 20 2008

and bring him forthwith to the nearest magistrate to answer a(n)

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with (brief description of offense)

    **Distribution of a Controlled Substance**
    **Distribution of a Controlled Substance within 1000 feet of a School**

in violation of Title __21__, United States Code, Section(s) __841(a)(1), (b)(1)(C) and 860(a)__
in violation of Title ____, United States Code, Section(s) _____
and in violation of Title ____, United States Code, Section(s) _____

Bail fixed at $ __NO BAIL__      by _____*Alex R. Munson*_____
                                                         Name of Judicial Officer

**HONORABLE ALEX R. MUNSON**          **UNITED STATES DISTRICT JUDGE**
Name of Issuing Officer                                        Title of Issuing Officer

*Alex R. Munson*                            2-20-08    SAIPAN, CNMI
Signature of Issuing officer                                  Date and Location

| RETURN ||||
|---|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at __USDC   N/MI__ CNMI Dept of Corrections ||||
| DATE RECEIVED 02-20-08 | NAME AND TITLE OF ARRESTING OFFICER W. M. Calvert CID USM #3086 || SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 02-20-08 ||||

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____