MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-08-00008                                                    February 21, 2008
                                                               9:10 a.m.

**U.S.A. -v- CHEN, GUANG JING**

PRESENT:   HON. ALEX R. MUNSON,  JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           BEVERLY MC CALLUM,  ASSISTANT U.S. ATTORNEY
           CHEN, GUANG JING, DEFENDANT
           KELLEY BUTCHER, ATTORNEY FOR DEFENDANT

PROCEEDINGS:   INITIAL APPEARANCE on INDICTMENT/ARRAIGNMENT


   Defendant CHEN appeared with counsel, Attorney Kelley Butcher.  Government was represented by Beverly McCallum, AUSA.

   Defense counsel requested a 15 minute recess in order to explain the added charges to the defendant.  Court so ordered and recessed at 9:12 a.m.

   Court reconvened at 9:25 a.m.

   Jean Shi was sworn as interpreter/translator of the Mandarin language.

   Defendant was sworn and advised of the charges against him in the indictment and his constitutional rights.  Defendant stated that he didn't know why he was in Court or what was going on; therefore, Court ordered that the hearing be continued.

   Court set hearing for 8:30 a.m. tomorrow morning.

   Defendant was remanded into the custody of the U.S. Marshal.

                                       Adj. 9:45 a.m.


                                       /s/K. Lynn Lemieux, Court Deputy