# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CR-08-00008                                                     February 22, 2008
                                                                9:30 a.m.

**UNITED STATES OF AMERICA -vs- CHEN, GUANG JING**

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           TINA MATSUNAGA, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           BEVERLY MCCALLUM, ASSISTANT U.S. ATTORNEY
           KELLEY BUTCHER, ATTORNEY FOR DEFENDANT
           CHEN, GUANG JING, DEFENDANT

PROCEEDINGS:   CONTINUED INITIAL APPEARANCE / ARRAIGNMENT

Defendant CHEN appeared with counsel, Attorney Kelley Butcher. Government was represented by Beverly McCallum, Assistant U.S. Attorney.

Shu Qin Shi aka Gean Shi was sworn as interpreter/translator of the Mandarin language.

Defense stated that they were ready to proceed with an arraignment hearing.

Defendant was sworn and examined as to his ability to understand the proceedings before him. The Court advised the defendant of the charges against him in the indictment and his constitutional rights.

The Court read the indictment to the defendant. The defendant pled **NOT GUILTY** to the charges against him. Court accepted the plea and set the jury trial for **MONDAY, April 14, 2008 at 9:00 a.m.** Pretrial motions shall be filed by **March 6**, **2008**.

The government asked the defendant remain in custody. Court found the defendant to be a flight risk and ordered the defendant's bail remain at No Bail without prejudice.

Defendant was remanded into the custody of the U.S. Marshal.

                                        Adj. 10:10 a.m.


                                        /s/Tina P. Matsunaga, Deputy Clerk