# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00008                                                                                  March 7, 2008
                                                                                              9:35 a.m.

**UNITED STATES OF AMERICA -vs- CHEN, GUANG JING**

PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
            LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE SHMULL, COURT REPORTER
            BEVERLY MC CALLUM, ASSISTANT U.S. ATTORNEY
            CHEN, GUANG JING, DEFENDANT
            KELLEY BUTCHER, ATTORNEY FOR DEFENDANT

PROCEEDINGS:  WAIVER OF SPEEDY TRIAL

Defendant was present with court appointed counsel, Attorney Kelley Butcher. Government by Beverly McCallum, AUSA.

Jean Shi was sworn as interpreter/translator of the Mandarin language.

Defendant was sworn. Defendant stated in open Court that he and his attorney needed more time to prepare for trial.

Defendant signed the Waiver Of Speedy Trial pleading in open court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including **June 2, 2008** and that jury trial would commence on **Monday, May 19, 2008 at 9:00 a.m.** in this courtroom.

Attorney Butcher requested more time to file pretrial motions (until Friday next week); no objection from the Government; Court so ordered.

Defendant was remanded into the custody of the U.S. Marshal.

                                                                    Court adjourned at 9:55 a.m.


                                                                    /s/K. Lynn Lemieux, Courtroom Deputy