**Law Office of G. Anthony Long**
P.O. Box 504970
Saipan, MP 96950
Tel.: (670) 235-4802
Fax: (670) 235-4801

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-00008 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MOTION TO CONTINUE FILING DATE** |
| CHEN, GUANG JING, | ) | |
| Defendant. | ) | |

The defendant, through his attorney, respectfully requests the Court to allow his pre-trial motions to be filed no later than Friday March 14, 2008. Counsel makes this request due to the amount of discovery materials in this matter that need to be reviewed. Assistant United States Attorney Beverly McCallum has indicated that the Government does not oppose the instant motion.

Respectfully submitted this 10th of March, 2008

/s
KELLEY BUTCHER
Attorney for Defendant