FILED
Clerk
District Court

MAR 1 ' 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-00008 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | DEFENDANT'S MOTION TO |
| CHEN, Guang Jing, | ) | EXTEND FILING DATE |
| | ) | |
| Defendant | ) | |
| | ) | |

BASED UPON the representations of defendant's counsel, and plaintiff not

objecting to the requested extension of time; NOW, THEREFORE,

IT IS ORDERED that defendant's motion to extend the date for filing of

pretrial motions to Friday, March 14, 2008, be and hereby is granted.

Dated this 11th day of March, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)