LEONARDO M. RAPADAS
United States Attorney
BEVERLY R. McCALLUM
Assistant United States Attorney
District of the Northern
    Mariana Islands
Horiguchi Building; Suite 300
P.O. Box 500377
Saipan, MP 96950
Tel: (670) 236-2980
Fax: (670) 236-2985

## UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, ) <br> ) <br>                Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> CHEN, GUANG JING, ) <br> ) <br>               Defendant. ) <br> ) | Criminal Case No.: 08 - 00008 <br><br> **GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY** |

      The United States of America, by and through undersigned counsel, hereby gives notice to the defendant that, pursuant to Rule 16(a)(1)(G) Fed.R.Crim.P., and Rule 702 of the Federal Rules of Evidence, it intends to introduce expert testimony from forensic chemist Todd H. Davis at trial. Mr. Davis will provide testimony relating to the processing and testing of the samples of methamphetamine that were

/ /

/ /

/ /

1

seized from the defendant, as well as the results of that testing.

Respectfully submitted this 3rd day of April, 2008.

LEONARDO RAPADAS
United States Attorney
Districts of Guam and the Northern Mariana Islands

 /s/ *Beverly R. McCallum*
BEVERLY R. McCALLUM
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2008, I electronically served the attached document on the following Electronic Case Filing user, by means of a Notice of Electronic Filing:

Kelley M. Butcher, Esq.          kmb@nmilaw.com
Attorney for the Defendant

 /s/ *Beverly R. McCallum*
Beverly R. McCallum

2