UNITED STATES DISTRICT COURT

DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| United States of America,<br><br>                  Plaintiff,<br><br>    v.<br><br>CHEN, GUANG JING,<br><br>                  Defendant. | No.: CR-08-00008<br><br>**FIRST MOTION TO CONTINUE TRIAL** |

       The United States, by and through undersigned counsel, respectfully moves this Court to continue the trial in the above-captioned matter, which is currently set for May 19, 2008. It is the government's understanding that an appropriate, new trial date will be considered during a status conference to be set for April 29, 2008.

       Upon receipt of trial subpoenas, case agent Daniel Holcomb of the Drug Enforcement Administration advised that on the trial date critical government witness Task Force Officer ("TFO") Daniel Punimata will be in California to attend the graduation of a relative. TFO Punimata has already paid for his plane ticket. Further, from May 29, through June 15, 2008, Special Agent Holcomb will be in the United States to attend a wedding and has already paid his plane fare. Finally, during the week of June 23, 2008, critical government witness TFO Alfred Celes will be with family in the United States.

       Following his indictment, the defendant made his first appearance before this Court on February 21, 2008. The Court excluded the period from March 7, up to and including June 2, 2008, from the computation of time within which to commence trial under the Speedy Trial Act. Thus, the commencement of trial in either June or early July 2008, would not prejudice the defendant. Kelley M. Butcher, counsel for the defendant, has been consulted regarding the proposed

/ /

/ /

continuance and stated that she has no objection to a trial date in June 2008.

Respectfully submitted this 25th day of April, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and
the Northern Mariana Islands

  s/ *Beverly R. McCallum*
BEVERLY R. McCALLUM
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, I transmitted the attached document to the clerk's office using the Electronic Case Filing system for filing to the following Electronic Case Filing registrant:

Kelley M. Butcher               kmb@nmilaw.com
Attorney for the Defendant

by:  s/ *Beverly R. McCallum*
Beverly R. McCallum

2