F I L E D
Clerk
District Court

APR 25 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUAN JING CHEN,<br><br>Defendant. | Criminal Action No. 08-00008<br><br><br>Order Setting Status<br>Conference |

Beverly McCallum
Assistant United States Attorney
P.O. Box 500377
Saipan, MP 96950

Kelley Butcher
Attorney at Law
P.O. 504970
Saipan, MP 96950

A Status Conference in this case is set for Tuesday, April 29, 2008, at 11:00 a.m.

IT IS SO ORDERED.

DATED this 25th day of April, 2008.

*/s/ Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 08/82)