FILED
Clerk
District Court

APR 29 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

United States of America,  )
                                        )
           Plaintiff        )    No.: CR-08-00008
                                        )
   -vs-                               )
                                        )
CHEN, GUANG JING,          )
                                        )    **ORDER**
                                        )
           Defendant.      )
_____ )

Upon motion of the United States, there being no objection from the defense, and good cause appearing,

IT IS HEREBY ORDERED that the government's First Motion to Continue Trial is granted.

IT IS FURTHER ORDERED that the trial in the above-captioned matter, presently set for May 19, 2008, is vacated and rescheduled to Monday, July 14, 2008.

DATED this 29th day of April, 2008.

_____
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of the NMI