```
                                                    F I L E D
                                                       Clerk
                                                    District Court

                                                    MAY 2 2 2008

                                            For The Northern Mariana Islands
                                            By_____
                                                    (Deputy Clerk)
```

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08-00008 |
| Plaintiff, | ) | |
| v. | ) | **WAIVER OF SPEEDY TRIAL** |
| CHEN GUAN JING, *cgm* | ) | Hearing: |
| Defendant. | ) | Time: |

*cgm*

I, CHEN, GUAN JING, having been fully advised of my rights to a speedy trial, and having been advised that this right is granted to me by the Constitution of the United States and by federal case and statutory law interpreting the Constitution, and having been fully advised that my trial can only be set outside the time limits of the Speedy Trial Act if I waive my right to a speedy trial, do hereby waive my right to a speedy trial freely and without coercion and request that the time from the execution of this waiver up to and including _September 30_, 2008, be excluded from the computing of time within which trial of the offenses contained in the indictment must commence pursuant to the Speedy Trial Act.

Since English is not my native language, I need an interpreter for all communications with my attorney. The government has provided discovery in my case, but arrangements must

be made in order for an interpreter to be present to discuss those materials. In order to fully consider my case and prepare properly for my trial, I need more time.

    I request the Court to find from the representations made by myself and/or my attorney in open court, and the Assistant United States Attorney in charge of this case that this waiver is in my best interest and that the ends of justice served by allowing this continuance of trial outweigh any other interest that I or the general public may have in a speedy trial as defined by the United States Constitution, the Federal Rules of Criminal Procedure and the statutory and case law of the United States.

DATED: May 22, 2008.

5/9/08

_Chen Guang Jing_
CHEN, GUANG JING
Defendant

APPROVED:

5/9/08

_Kelley Butcher_
KELLEY BUTCHER
Attorney for Defendant