# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00008                                                                                   May 22, 2008
                                                                                                            10:35 a.m.

### UNITED STATES OF AMERICA -vs- CHEN, GUANG JING

PRESENT:     HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
                 LYNN LEMIEUX, COURTROOM DEPUTY
                 SANAE SHMULL, COURT REPORTER
                 BEVERLY MC CALLUM, ASSISTANT U.S. ATTORNEY
                 CHEN, GUANG JING, DEFENDANT
                 G. ANTHONY LONG, ATTORNEY FOR DEFENDANT

PROCEEDINGS:    WAIVER OF SPEEDY TRIAL

       Defendant was present with court appointed counsel, Attorney G. Anthony Long. Government by Beverly McCallum, AUSA.

       Jean Shi was sworn as interpreter/translator of the Mandarin language.

       Defendant was sworn. Defendant stated in open Court that he and his attorney needed more time to prepare for trial.

       Defendant signed the Waiver Of Speedy Trial pleading in open court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

       The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including **September 30 , 2008** and that jury trial would commence on **Monday, September 22, 2008 at 9:00 a.m.** in this courtroom.

       Attorney Long moved to have the pretrial motions extended to July 17, 2008. No objection by Government; court so ordered.

       Attorney Long moved that the defendant's dental health situation be taken care of by Department of Corrections. U.S. Marshal stated that they had not received any request; but, would make sure that the defendant receives dental care. Court so ordered.

Defendant was remanded into the custody of the U.S. Marshal.

Court adjourned at 10:55 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy