# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CR-08-00008                                                                 June 5, 2008
                                                                            9:10 a.m.

**UNITED STATES OF AMERICA -vs- CHEN, GUANG JING**

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           BEVERLY MCCALLUM, ASSISTANT U.S. ATTORNEY
           ANTHONY LONG, ATTORNEY FOR DEFENDANT
           CHEN, GUANG JING, DEFENDANT

PROCEEDINGS:   ARRAIGNMENT ON SUPERCEDING INDICTMENT

Defendant CHEN appeared with counsel, Attorney Anthony Long. Government was represented by Beverly McCallum, Assistant U.S. Attorney. U.S. Probation Officer, Margarita Wonenberg was present.

Shu Qin Shi aka Jean Shi was sworn as interpreter/translator of the Mandarin language.

Defense stated that they were ready to proceed with an arraignment hearing.

Defendant was sworn and examined as to his ability to understand the proceedings before him. The Court advised the defendant of the charges against him in the indictment and his constitutional rights.

The Court read the indictment to the defendant. The defendant pled **NOT GUILTY** to the charges against him. Court accepted the plea and set the jury trial for **MONDAY, September 22, 2008 at 9:00 a.m.** Pretrial motions shall be filed by **July 17**, **2008**.

Defendant was remanded into the custody of the U.S. Marshal.

Adj. 9:15 a.m.

/s/K.. Lynn Lemieux, Courtroom Deputy