IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

JUN - 5 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL CASE NO. 08-00008 |
| | ) | |
| -v- | ) | |
| | ) | ORDER |
| CHEN, GUANG JING, | ) | SETTING TRIAL DATE |
| | ) | ON SUPERCEDING INDICTMENT |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that the jury trial herein shall commence on **MONDAY, SEPTEMBER 22, 2008 at 9:00 a.m.**

IT IS FURTHER ORDERED that pretrial motions shall be filed no later than **THURSDAY, JULY 17, 2008.**

IT IS FURTHER ORDERED that the following shall be filed with this Court no later than seven (7) days prior to trial:

1)    Proposed jury voir dire questions;

2)    A joint exhibit list - (Government's exhibits numbered; Defendant's exhibits lettered)(One original and three copies for the Court);

3)    A complete set of marked exhibits (with a three copies for the Court);

4)    Proposed verdict forms;

5)    Witness lists for purposes of voir dire only. (Witness lists shall include: legal names, aliases, nicknames, place of residence and place of employment), (One original and three copies for the Court);

AO 72
(Rev. 08/82)

6)      Proposed jury instructions. (Those jury instructions upon which agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefore of each party.)


Dated this 5th day of June, 2008


_____
ALEX R. MUNSON
Chief Judge

2