LEONARDO M. RAPADAS
United States Attorney
BEVERLY R. McCALLUM
Assistant United States Attorney
District of the Northern
          Mariana Islands
Horiguchi Building; Suite 300
P.O. Box 500377
Saipan, MP 96950
Tel:  (670) 236-2980
Fax: (670) 236-2985

## UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

|  |  |
|---|---|
| UNITED STATES of AMERICA, | Case No.:  CR 08 - 00008 |
| Plaintiff, | |
| v. | **GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY** |
| CHEN, GUANG JING, | |
| Defendant. | |

The United States of America, by and through undersigned counsel, hereby gives notice to the defendant that, pursuant to Rule 16(a)(1)(G) Fed.R.Crim.P. and Rule 702 of the Federal Rules of Evidence, it intends to introduce expert testimony from Commonwealth of the Northern Mariana Islands Department of Public Safety Police Officer Flor T. Estabillo at trial.  Officer Estabillo is expected to provide testimony relating to the distance between the location at which the alleged drug distribution occurred on or about February 5, 2008, and the boundaries of San Antonio Elementary School on Saipan.  Officer Estabillo is also expected to provide testimony

1    as set forth in the expert summary provided to defense counsel on the below-listed

2    date.

3                     Respectfully submitted this 16th day of July 2008.

4

5                                              LEONARDO RAPADAS
                                               United States Attorney
6                                              Districts of Guam and the Northern Mariana Islands

7

8                                              s/ *Beverly R. McCallum*
                                               BEVERLY R. McCALLUM
9                                              Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25