LEONARDO M. RAPADAS
United States Attorney
BEVERLY R. McCALLUM
Assistant United States Attorney
District of the Northern
     Mariana Islands
Horiguchi Building; Suite 300
P.O. Box 500377
Saipan, MP 96950
Tel: (670) 236-2980
Fax: (670) 236-2985

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR 08 - 00008 |
| Plaintiff, | ) |
| v. | ) **CERTIFICATE OF SERVICE** |
| CHEN, GUANG JING, | ) |
| Defendant. | ) |

     I hereby certify that on July 16, 2008, I electronically filed the Government's Notice of Intent to Introduce Expert Testimony as to Flor T. Estabillo, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: G. Anthony Long, Esq., at logalaw@gmail.com.

                              LEONARDO M. RAPADAS
                              United States Attorney
                              Districts of Guam and the Northern Mariana Islands

                              */s/ Beverly R. McCallum*
                              BEVERLY R. McCALLUM
                              Assistant United States Attorney
                              E-mail: beverly.mccallum@usdoj.gov