LEONARDO M. RAPADAS
United States Attorney
BEVERLY R. McCALLUM
Assistant United States Attorney
District of the Northern
    Mariana Islands
Horiguchi Building; Suite 300
P.O. Box 500377
Saipan, MP 96950
Tel:  (670) 236-2980
Fax: (670) 236-2985

## UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

|  |  |
|---|---|
| UNITED STATES of AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>CHEN, GUANG JING,<br><br>            Defendant. | Case No.:   CR 08 - 00008<br><br>**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY** |

      The United States of America, by and through undersigned counsel, hereby gives notice to the defendant that, pursuant to Rule 16(a)(1)(G) Fed.R.Crim.P. and Rule 702 of the Federal Rules of Evidence, it intends to introduce expert testimony from Drug Enforcement Administration Task Force Officer and Commonwealth of the Northern Mariana Islands Department of Public Safety Police Officer Daniel P. Punimata at trial.  Task Force Officer Punimata is expected to provide testimony relating to the appearance and other matters related to the drugs involved in the instant

1

case.  He is also expected to provide other testimony as set forth in the expert summary provided to defense counsel on the below-listed date.

Respectfully submitted this 16th day of July 2008.

LEONARDO RAPADAS
United States Attorney
Districts of Guam and the Northern Mariana Islands

s/ *Beverly R. McCallum*
BEVERLY R. McCALLUM
Assistant United States Attorney