LEONARDO M. RAPADAS
United States Attorney
BEVERLY R. McCALLUM
Assistant United States Attorney
District of the Northern
     Mariana Islands
Horiguchi Building; Suite 300
P.O. Box 500377
Saipan, MP 96950
Tel: (670) 236-2980
Fax: (670) 236-2985

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>CHEN, GUANG JING,<br><br>              Defendant. | Case No.: CR 08 - 00008<br><br>**CERTIFICATE OF SERVICE** |

     I hereby certify that on July 16, 2008, I electronically filed the Government's Notice of Intent to Introduce Expert Testimony as to Daniel P. Punimata, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: G. Anthony Long, Esq., at logalaw@gmail.com.

                                  LEONARDO M. RAPADAS
                                  United States Attorney
                                  Districts of Guam and the Northern Mariana Islands

                                  /s/ *Beverly R. McCallum*
                                  BEVERLY R. McCALLUM
                                  Assistant United States Attorney
                                  E-mail: beverly.mccallum@usdoj.gov