LEONARDO M. RAPADAS
United States Attorney
BEVERLY R. McCALLUM
Assistant United States Attorney
District of the Northern
    Mariana Islands
Horiguchi Building; Suite 300
P.O. Box 500377
Saipan, MP 96950
Tel: (670) 236-2980
Fax: (670) 236-2985

## UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 08 - 00008 |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| CHEN, GUANG JING, ) | |
| Defendant. ) | |

    I hereby certify that on July 16, 2008, I electronically filed the Government's Notice of Intent to Introduce Expert Testimony as to Norman A.S. Rasiang, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: G. Anthony Long, Esq., at logalaw@gmail.com.

                            LEONARDO M. RAPADAS
                            United States Attorney
                            Districts of Guam and the Northern Mariana Islands

                            /s/ *Beverly R. McCallum*
                            BEVERLY R. McCALLUM
                            Assistant United States Attorney
                            E-mail: beverly.mccallum@usdoj.gov