F I L E D
Clerk
District Court

AUG 27 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, ) | Case No.: CR 08 - 00008 |
| Plaintiff, ) | |
| v. ) | **WAIVER OF INDICTMENT** |
| CHEN, GUANG JING, ) | |
| Defendant. ) | |

I, CHEN, Guang Jing, understand that I am being accused of three counts of Distribution of a Controlled Substance, all in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). I have also been advised that these charges are felony offenses and that the Fifth Amendment to the Constitution of the United States provides that no such charges may be filed unless first presented to, considered by, and voted upon by a grand jury. I hereby knowingly, voluntarily, and intelligently waive my right to have the charges against me presented to the grand jury. I also knowingly, voluntarily, and intelligently consent to the filing of and to proceedings upon an Information that sets forth the charges against me in this case.

_____          08.27.08
CHEN, Guang Jing                 Date

Translated by:

_____          8/27/08
Jean Shi                         Date