FILED
Clerk
District Court

AUG 27 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT of the NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, | Case No.: CR 08-00008 |
| Plaintiff, | **INFORMATION** |
| v. | Violations of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| CHEN, GUANG JING, | Distribution of a Controlled Substance (Counts 1 - 3) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

(Distribution of a Controlled Substance)

On or about August 15, 2007, on Saipan, in the District of the Northern Mariana Islands, CHEN, Guang Jing, the defendant, knowingly and intentionally distributed approximately 0.9 grams of methamphetamine hydrochloride, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### COUNT 2

(Distribution of a Controlled Substance)

On or about August 17, 2007, on Saipan, in the District of the Northern Mariana Islands, CHEN, Guang Jing, the defendant, knowingly and intentionally distributed approximately 1.9 grams of methamphetamine hydrochloride, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

**COUNT 3**
(Distribution of a Controlled Substance)

On or about September 14, 2007, on Saipan, in the District of the Northern Mariana Islands, CHEN, Guang Jing, the defendant, knowingly and intentionally distributed approximately 4.5 grams of methamphetamine hydrochloride, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

DATED this 27th day of August, 2008

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the
Northern Mariana Islands

BEVERLY R. McCALLUM
Assistant United States Attorney