MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-08-00008-001                                              August 27, 2008
                                                             10:05 a.m.

**UNITED STATES OF AMERICA  -v- CHENG, GUANG JING**

PRESENT:  HON. ALEX R. MUNSON, JUDGE PRESIDING
          K. LYNN LEMIEUX, COURT ROOM DEPUTY
          SANAE N. SHMULL, COURT REPORTER
          BEVERLY MC CALLUM, ASSISTANT U.S. ATTORNEY
          ANTHONY LONG, ATTORNEY FOR DEFENDANT
          CHENG, GUANAG JING, DEFENDANT

PROCEEDINGS:   **Waiver of Indictment/Filing of Information and PLEA**

Defendant appeared with counsel, Attorney Anthony Long.  Government was represented by Beverly McCallum, AUSA.

Interpreter Jean Shi was sworn as interpreter/translator of the Mandarin language.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Waiver of Indictment, Information and Plea.

Defendant stated that he wished to waive the indictment and enter a plea to the charges in the information. The defendant and his counsel signed the waiver in open court. Court stated that the waiver was knowingly, voluntarily, and intelligently made and therefore was accepted by the Court.

Defendant waived reading of the Information.

Court reviewed every element of the Plea Agreement with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY .** Court found that the defendant was fully competent to enter knowing and voluntary plea. Court accepted the plea and the Plea Agreement.

Court ordered a Presentence Investigation Report be submitted by October 28, 2008 and that the **Sentencing hearing be set for Tuesday, December 2, 2008 at 9:00 a.m.**

Attorney Long requested an expedited presentence investigation and sentencing due to the fact that the defendant is suffering some medical issues.

Court, after consulting with parties, ordered that an <u>expedited</u> Presentence Investigation Report be submitted by September 26, 2008 and that the **Sentencing hearing be set for Wednesday, October 1, 2008 at 9:00 a.m.**

Court ordered the defendant back into the custody of the U.S. Marshal.

Adjourned at 11:15 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy