FILED
Clerk
District Court

AUG 27 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. 08-00008-001 |
| Plaintiff, ) | |
| vs. ) | ORDER SETTING |
| ) | SENTENCING DATE |
| CHENG, GUANG JING, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for investigation and report. The presentence investigation report is due on **September 26, 2008.** Sentencing is scheduled for **Wednesday, October 1, 2008** commencing at the hour of 9:00 o'clock a.m.

DATED this 27th day of August, 2008.

_____
ALEX R. MUNSON, Chief Judge